EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Designación de la Lcda. Ygrí Rivera de Martínez a la Comisión De Reputación de Aspirantes al Ejercicio de la Abogacía | 2012 TSPR 45<br><br>184 DPR ____ |

Número del Caso: EN-2012-6

Fecha: 13 de marzo de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación de la Lcda. Ygrí
Rivera de Martínez a la Comisión
de Reputación de Aspirantes al
Ejercicio de la Abogacía

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 13 de marzo de 2012.

De conformidad con la Regla 1, inciso (a) (1) y (2) del Reglamento de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía, según enmendada, se nombra a la Lcda. Ygrí Rivera de Martínez, ex jueza del Tribunal de Apelaciones, como miembro de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía.

La licenciada Rivera de Martínez ocupará el cargo a partir del 1 de abril de 2012 y por un término de cuatro (4) años.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y la Juez Asociada señora Rodríguez Rodríguez no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo